State of WASHINGTON; State of Minnesota, Plaintiffs–Appellees,

v.

Donald J. TRUMP, President of the United States; et al., Defendants–Appellants.

No. 17-35105

United States Court of Appeals, Ninth Circuit.

Filed February 04, 2017

D.C. No. 2:17–cv–00141, Western District of Washington, Seattle

Marsha J. Chien, Colleen M. Melody, Assistant Attorney Generals, Washington State Attorney General's Office, Seattle, WA, Anne E. Egeler, Deputy Solicitor, Noah G. Purcell, Esquire, Solicitor, AGWA—Office of the Washington Attorney General (Olympia), Patricio Antonio Marquez, Esquire, Attorney, Patricio Antonio Marquez, Bellingham, WA, for State of Washington.

Marsha J. Chien, Colleen M. Melody, Assistant Attorney Generals, Washington State Attorney General's Office, Seattle, WA, Anne E. Egeler, Deputy Solicitor, Noah G. Purcell, Esquire, Solicitor, AGWA—Office of the Washington Attorney General (Olympia), Patricio Antonio Marquez, Esquire, Attorney, Patricio Antonio Marquez, Bellingham, WA, Jacob Campion, Alan I. Gilbert, Esquire, Solicitor, Office of the Minnesota Attorney General, Saint Paul, MN, for State of Minnesota.

* The Honorable Elaine E. Bucklo, United States District Judge for the Northern District of Illinois, sitting by designation.

H. Thomas Byron, III, Catherine H. Dorsey, Attorneys, Douglas Neal Letter, Esquire, Sharon Swingle, Edwin Smiley Kneedler, DOJ—U.S. Department of Justice, Noel Francisco, Esquire, Office of the Solicitor General, United States Department of Justice, Lowell Sturgill, Jr., Attorney, U.S. Department of Justice, Civil Division/Appellate Staff, Washington, DC, for Defendants–Appellants.

Before: CANBY and FRIEDLAND, Circuit Judges.

## ORDER

The court has received appellants' emergency motion (Docket Entry No. 14). Appellants' request for an immediate administrative stay pending full consideration of the emergency motion for a stay pending appeal is denied.

Appellees' opposition to the emergency motion is due Sunday, February 5, 2017 at 11:59 p.m. PST. Appellants' reply in support of the emergency motion is due Monday, February 6, 2017 at 3:00 p.m. PST.